*Filer's Name, Address, Phone, Fax, Email:*

**TMLF HAWAII, LLC**
**ALEX SCHULZ #10853**
1099 Alakea Street, Suite 1500
Honolulu, Hawaii 96813
Telephone: (808) 489-9741
Facsimile: (808) 489-9835



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_4001-1cs (12/09)

| | |
|---|---|
| *Debtor:* Ward Hiroshi Yamamoto | *Case No.:* **23-00600** |
| *Joint Debtor:* (if any) | *Chapter:* **13** |

**COVER SHEET - MOTION FOR RELIEF FROM STAY**

*Instructions:* Complete A. for all motions. Complete B. if seeking to enforce security interest. Complete C. if motion concerns a lease. Complete D. for other types of relief. Complete E. if seeking extraordinary relief.

Hearing Date: 01/16/2024
Time: 09:30 AM

**A. Relief sought under** [✓] 11 U.S.C. § 362(d) – Automatic Stay  [✓] 11 U.S.C. § 1301(c) – Chapter 13 Codebtor Stay

Movant: The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23

Role (mortgagee, lessor, agent, plaintiff, etc.): Mortgagee    [✓] Debtor's principal residence

Subject Matter (real/personal property, litigation, etc.): 99-526 Aiea Heights Drive, Aiea, HI 96701-3517
(use address/TMK/vehicle ID, etc.)

If pending litigation, last major prepetition event:
(decree of foreclosure, writ of possession, etc.)

**B. Security Interest (mortgage, lien, etc.)**    Movant's lien position (1st, 2nd, etc.): 1st

| | | |
|---|---|---|
| Date of loan: 12/28/2006 | Maturity date: | |
| Original amt: $ 910,000.00 | Principal bal: $ 906,660.83 | Interest, late fees, etc.: $972,446.51 |
| Monthly pmt: $ N/A | Prepetition arrears: $ 1,061,126.07 | Postpetition arrears: $ 38,293.00 |
| Debtor's valuation in schedules: $ 2,000,000.00 | Movant's valuation (if different): $ | |

| List all encumbrances: | Sr. lien: Movant | $ 1,879,107.34 |
|---|---|---|
| | 2nd lien: Department of Tax - State of HI | $ 99,507.00 |
| | Total other liens: Hawaii Schools FCU, Internal Revenue Service | $ 110,404.00 |
| | Add all liens ................................................................................ | $ 2,089,018.34 |

**C. Lease**    Date of lease: N/A    Payment: $ N/A    per N/A
Prepetition arrears: $ N/A    Postpetition arrears: $ N/A

**D. Other**    Describe relief sought, title of action and court of any litigation, and any applicable insurance:
For order terminating or modifying the automatic stay to proceed with foreclosure and to obtain possession of the subject property; that the order be binding and effective despite any conversion; waiver of the 14-stay day described by Bankruptcy Rule 4001(a)(3); exemption from further compliance with Fed. Rule Bankr P. 3002.1.

**E. Extraordinary relief requested:**  [ ] Retroactive relief    [ ] "in rem" relief    [✓] No stay of order

The above information summarizes allegations in attached motion.    /s/ Alex Schulz
                                                                                                    For Movant